```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-7-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    1:22-cr-594-3 (ALC)
     -against-                       :
                                     :    ORDER
   Roy Escobar, Jr.                  :
                                     :
        Defendant                    :
                                     :
-------------------------------------X

Andrew L. Carter, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail be modified to include the condition of mental health assessment and treatment under the guidance of Pretrial Services.

   Dated: New York, New York
          November 7, 2022

                              SO ORDERED:

                              /s/ Andrew L. Carter
                              Andrew L. Carter
                              United States District Judge