```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/8/24__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,                   :
                                            :
                     Plaintiff,       :
                                            :     22-CR-594 (ALC)
     -against-                            :
                                            :     **ORDER**
ROY ESCOBAR, JR.,                           :
                                            :
                     Defendant.       :
                                            :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

    A Change of Plea Hearing is set for **February 22, 2024,** at **12:00 p.m.**

**SO ORDERED.**

**Dated:**    **New York, New York**
             **February 8, 2024**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**