```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-2-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,

　　　　　　　- v. -　　　　　　　　　　　　　　22-CR-00594 (ALC)

　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

ROY ESCOBAR, JR.,

　　　　　　　　　　　　Defendant.

-------------------------------------------------------------------x

ANDREW L. CARTER, JR., District Judge:

　　The Sentencing set for July 11, 2024, is adjourned to **August 27, 2024** at **3:30 p.m.**

SO ORDERED.

Dated:　　New York, New York
　　　　　July 2, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW L. CARTER, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge